NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 11a0051n.06

No. 09-2518

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

**Jan 24, 2011**

LEONARD GREEN, Clerk

| | | |
|---|---|---|
| JAMES EDWARD NEWSOME, | ) | |
| | ) | ON APPEAL FROM THE |
| *Plaintiff-Appellant,* | ) | UNITED STATES DISTRICT |
| | ) | COURT FOR THE WESTERN |
| v. | ) | DISTRICT OF MICHIGAN |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | **O P I N I O N** |
| | ) | |
| *Defendant-Appellee.* | ) | |

BEFORE:    SUHRHEINRICH, COLE, and COOK, Circuit Judges.

**PER CURIAM.**  Plaintiff-Appellant James Edward Newsome appeals the district court's order affirming the denial of his application for Disability Insurance Benefits under 42 U.S.C. § 405(g) by Defendant-Appellee Commissioner of Social Security.  We **AFFIRM**.

We review de novo a district court's decision in a social security case.  *Crum v. Sullivan*, 921 F.2d 642, 644 (6th Cir. 1990).  Our review of the Commissioner's decision is limited to determining whether the findings are supported by substantial evidence and whether the correct legal standards were applied.  42 U.S.C. § 405(g); *Colvin v. Barnhart*, 475 F.3d 727, 729-30 (6th Cir. 2007).  Newsome contends that the administrative law judge failed properly to consider medical opinion evidence and give good reasons for not giving weight to the opinions of his treating physician and certain specialist physicians.  We have carefully reviewed the record, the applicable law, and the parties' briefs.  We agree with the district court and **AFFIRM**, adopting its thorough and well-reasoned opinion.